**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 9/27/2016                                                        TIME: 4:30 p.m.  (30 min.)
                                                                                       FTR:    4:40-5:10

CASE NUMBER:         CV 15-6833

TITLE:                       Munoz et al. v. Sestwon Pizza

PLTFFS ATTY:         Roman Aushalumov and James O'Donnell

DEFTS ATTY:           Cindy Cieslak

COURTROOM DEPUTY: Michele Savona

OTHER:

  X     CASE CALLED.

  X      CONF. HELD

  X     ARGUMENT HEARD

  X     DECISION:    RESERVED

**OTHER:**