UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISAC MUNOZ, ET AL.,

                Plaintiffs,

        -against-

SESTWON PIZZA LLC, ET AL.,

                Defendants.
------------------------------------------------------------------X

**ORDER**
15-CV-6833 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

    For the reasons set forth on the record on October 20, 2016, the plaintiffs' motion to conditionally certify this action as a Fair Labor Standards Act collective action is granted. It is further ordered that the plaintiffs revise the notice in accordance with the instructions set forth on the record on October 20, 2016, submit the revised notice to defendants for their review, and then re-submit the Notice to this Court. It is further ordered that the defendants provide the employee information specified in today's ruling to plaintiffs by November 3, 2016.

**SO ORDERED.**

s/ Joseph F. Bianco

Joseph F. Bianco
United States District Judge

Dated: October 21, 2016
       Central Islip, New York

1