

Ius Laboris USA Global HR Lawyers

750 Main Street | Suite 606
Hartford, Connecticut 06103
Tel 860-748-4660 | Fax 860-241-1547

Writer's Direct Contact:
ROBIN B. KALLOR
860-748-4653
Rkallor@fordharrison.com

March 13, 2017

**VIA ECF & FACSIMILE**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:  Isac Munoz, et al. v. Sestwon Pizza d/b/a Domino's Pizza and Robert Cookston
           Docket No.:  2:15-cv-06833

Dear Magistrate Judge Tomlinson:

      This office is legal counsel to the Defendants in the above-referenced matter. As the Court is aware, a settlement conference is currently scheduled for March 15, 2017 at 2:00 p.m. We respectfully write to request that this conference be rescheduled in light of the winter storm that is expected to effect the area on Tuesday and Wednesday. The undersigned will be traveling from Connecticut, which is under a winter storm warning. Additionally, a blizzard warning has been issued for Suffolk County, New York. The national weather service has advised under the blizzard warning not to travel, and to travel only in an emergency in areas under a winter storm warning. While weather reports indicate that the storm is expected to clear up during the day on Wednesday, interstate travel will likely be limited due to the time it will take to clear the roads after such a severe winter storm.

      This is Defendants' first request for an adjournment of the settlement conference.

      We have contacted counsel for the Plaintiffs, who have no objection to this request.

      The Court's attention and understanding are greatly appreciated.

           Sincerely,

           *Robin B. Kallor*

           Robin B. Kallor

RBK/kc
cc:    All Counsel (via ECF)

WSACTIVELLP:9052690.1