**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISAAC MUNOZ et al.,

                      Plaintiff,                  **ORDER**

       - against -

                                              CV 15-6833 (JFB) (AKT)

SESTWON PIZZA LLC d/b/a DOMINO'S
PIZZA and ROBERT COOKSTON,

                      Defendants.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      In preparation for the scheduled Settlement Conference, the Court has reviewed the file in this case as well as the *ex parte* position statements submitted by counsel in the last few days. Based on the information provided by counsel, it is clear that the parties are not adequately prepared for such a conference, nor do their respective positions lend themselves to any prospect of a settlement. Consequently, the Court finds that a settlement conference would not be a productive use of the Court's time, nor the parties' time at this juncture and the settlement conference is **cancelled**.

      If counsel and their clients wish to participate in the EDNY Court-annexed mediation program with the special panel of FLSA mediators, they should contact the Court when they are ready to do so

                                                                             **SO ORDERED:**

Dated: Central Islip, New York
       May 10, 2017                                          /s/ A. Kathleen Tomlinson
                                                              A. KATHLEEN TOMLINSON
                                                              United States Magistrate Judge