

60 East 42nd Street, 51st Floor
New York, New York  10165
Tel 212-453-5900  |  Fax 212-453-5959

Writer's Direct Contact:

ALYSSA M. SMILOWITZ
212-453-5943
asmilowitz@fordharrison.com

May 16, 2017

**VIA ECF**

The Honorable Joseph F. Bianco
US District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722-4451

      Re:    *Munoz, et al. v. Sestwon Pizza LLC et al.,*
               Civil Action No. 15-cv-06833 (JFB)(AKT)

Dear Judge Bianco:

      Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern and Southern Districts of New York, the undersigned attorney, currently listed as one of the attorneys of record for Defendants Sestwon Pizza LLC d/b/a Domino's Pizza, and Robert Cookston, an individual (collectively, "Defendants"), requests to withdraw as counsel in the above-captioned matter. The reason for this request is that I have resigned from my associate position with FordHarrison LLP, with a last day of employ of May 17, 2017.  FordHarrison LLP will continue to represent Defendants.

                                      Respectfully submitted,

                                      FORDHARRISON LLP
                                      */s/ Alyssa Smilowitz*

                                      ALYSSA SMILOWITZ

cc:     All counsel of record, *via ECF*
          Defendants, *via e-mail*

WSACTIVELLP:9161690.1