

Ius Laboris USA Global HR Lawyers

750 Main Street | Suite 606
Hartford, Connecticut 06103
Tel 860-748-4660 | Fax 860-241-1547

Writer's Direct Contact:
ROBIN B. KALLOR
860-748-4653
Rkallor@fordharrison.com

May 17, 2017

**VIA ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:  Isac Munoz, et al. v. Sestwon Pizza d/b/a Domino's Pizza and Robert Cookston
          Docket No.: 2:15-cv-06833

Dear Magistrate Judge Tomlinson:

    This office is legal counsel to the Defendants in connection with the above-referenced matter. We write jointly with Plaintiffs' counsel to advise the court that the parties have reached a settlement in this matter. The parties respectfully request forty-five (45) days to prepare the written terms of the agreement and effectuate the settlement.

    We appreciate the Court's attention to this matter.

                                        Respectfully submitted,

                                        *Robin B. Kallor*

                                        Robin B. Kallor

RBK/ktb
cc:   Roman M. Avshlumov, Esq.
      WSACTIVELLP:9165003.1