UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISAC MUNOZ, ET AL.,

                Plaintiffs,

    -against-

SESTWON PIZZA LLC, ET AL.,

                Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 26 2017 ★
LONG ISLAND OFFICE

**ORDER**
15-CV-6833 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

The parties have moved for this Court to approve a Settlement Agreement (ECF No. 83-1), which has been executed by both sides, resolving the instant litigation. (*See* ECF No. 83.) It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Sampaio v. Boulder Rock Creek Developers, Inc.*, No. CV-07-153 (ETB), 2007 WL 520930, at *1 (E.D.N.Y. Sept. 6, 2007) (collecting cases).

Having carefully reviewed the Settlement Agreement, for the reasons set forth in the parties' joint motion dated July 10, 2017 (ECF No. 83), and on the record in detail during today's telephone conference, the Court finds that it is fair and reasonable under all of the circumstances and, thus, is judicially approved. Accordingly, IT IS HEREBY ORDERED that the parties' joint motion for settlement approval (ECF No. 83) is granted.

SO ORDERED.

Joseph F. Bianco
United States District Judge

Dated: July 26, 2017
       Central Islip, New York